| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carnes, Julie E. | Eleventh Circuit Court of Appeals | 5/8/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

56 Forsyth Street, N.W.
Suite 360
Atlanta, Georgia 30303

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. Executor | Estate #1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Spouse - retirement benefit, former partner in law firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | University of Georgia Athletic Association | Tickets to UGA football games | $1,250.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Associated Credit Union cash acc't | A | Interest | M | T | | | | | |
| 2. | SunTrust Bank cash acc't | A | Interest | O | T | | | | | |
| 3. | Trust #1 | | | | | | | | | |
| 4. | - Suntrust Bank cash acc't | A | Interest | J | T | | | | | |
| 5. | - Northwestern Mutual whole life insurance | B | Dividend | K | T | | | | | |
| 6. | Wells Fargo Bank cash acc't | A | Interest | K | T | | | | | |
| 7. | Capital One 360 cash acc't | C | Interest | N | T | | | | | |
| 8. | Prudential Life Insurance Company Variable Annuity | | | | | | | | | |
| 9. | - AST Blackrock Global Strategies Port | A | Dividend | O | T | | | | | |
| 10. | Athens GA Hsg Auth Rev UGARFDG East Campus 12/1/24 | C | Interest | L | T | | | | | |
| 11. | ATLANTA GA WTR & WASTEWTR REV RF NOV01 2022 | B | Interest | L | T | | | | | |
| 12. | ATLANTA GA WTR & WASTEWTR REV RF NOV01 2033 | B | Interest | L | T | | | | | |
| 13. | COLUMBIA CNTY GA SCH DIST SCH GTD APR01 2022 | B | Interest | L | T | | | | | |
| 14. | COLUMBIA CNTY GA GO BDS 2017 FEB17 05.000%JAN01 2034 | B | Interest | K | T | Buy | 04/18/17 | K | | |
| 15. | CONNECTICUT ST HEALTH & EDL FACS AUTH REV SER M APR16 05.000%JUL012026 | C | Interest | M | T | | | | | |
| 16. | Fulton Cnty GA Dev Auth Rev Catholic B 11/15/2023 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,000 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. GEORGIA ST SER A JAN01 2023 | C | Interest | L | T | | | | | |
| 18. GEORGIA ST HIGHER ED FACS AUTH REV USG RF JUN15 2021 | B | Interest | L | T | | | | | |
| 19. GEORGIA ST RD & TWY AUTH REV REV BDS 2017 SER A AUG17 05.000%JUN012026 | B | Interest | M | T | Buy | 07/20/17 | M | | |
| 20. GWINNETT CNTY GA SCH DIST RF FEB01 2024 | C | Interest | L | T | | | | | |
| 21. GWINNETT CNTY GA DEV AUTH REV REF REV BDS A MAY17 05.000%JUL01 2025 | B | Interest | L | T | Buy | 04/21/17 | L | | |
| 22. HENRY CNTY GA SALES TAX MAY01 2020 | C | Interest | L | T | | | | | |
| 23. JEA FLA ELEC SYS REV SUB-SER SER B B RF Maty: 10/1/22 | D | Interest | M | T | | | | | |
| 24. Kentucky ST PPTY & BLDGS Nov 01/18 | D | Interest | M | T | | | | | |
| 25. METRO ATLANTA RTA GA SLS TAXRV RF NPFG JUL01 2023 | D | Interest | M | T | | | | | |
| 26. RICHMOND CNTY GA BRD ED SALES TAX SCH GTD FEB17 05.000%OCT01 2021 | B | Interest | L | T | Buy | 06/16/17 | L | | |
| 27. SALT LAKE CNTY UTAH CROSSOVER RF OCT16 05.000%DEC15 2024 | C | Interest | L | T | | | | | |
| 28. SANDY SPRINGS GA PUB FACS AUTH REV CITY CTR MAY01 2025 | C | Interest | M | T | | | | | |
| 29. Tampa FLA Health Sys Rev Baycare Health RF 11/15/2023 | B | Interest | L | T | | | | | |
| 30. Phoenix AZ Ser A 7/01/21 | B | Interest | | T | Sold | 03/21/17 | M | B | |
| 31. Maine Mun Bd Bk Lt Ser C Nov 01/17 | C | Interest | | T | Sold | 06/08/17 | M | B | |
| 32. WALTON CNTY GA WTR & SEW AUTH REV SER A RF MAR16 05.000%FEB01 2027 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. | Washington Cnty Ore. CLEAN WTR SVCS SEW REV A Maty: 10/1/19 | D | Interest | M | T | | | | | |
| 34. | BIF MONEY FUND | A | Interest | L | T | | | | | |
| 35. | Schwab Money Market Fund cash acc't | A | Interest | M | T | | | | | |
| 36. | Merrill Lynch Bank cash acc't | A | Interest | M | T | | | | | |
| 37. | AMERICAN CAPITAL INCOME BUILDER FD CL F2 (CAIFX) | D | Dividend | M | T | | | | | |
| 38. | AMERICAN BOND FD OF AMERICA CL F2 (ABNFX) | C | Dividend | M | T | | | | | |
| 39. | AMERICAN FUNDS INCOME FUND OF AMERICA CL F2 (AMEFX) | D | Dividend | M | T | | | | | |
| 40. | BANK OF AMERICA, NA RASP (IIAXX) | A | Interest | J | T | | | | | |
| 41. | Blackrock Multi Asset INCOME PORTFOLIO INSTL (BIICX) | D | Dividend | M | T | | | | | |
| 42. | BLACKROCK STRATEGIC INCOME OPPRTNTS PTF (BSIIX) | C | Dividend | L | T | | | | | |
| 43. | DAVIS FINANCIAL FUND CL Y (DVFYX) | A | Dividend | | T | Sold | 06/26/17 | L | E | |
| 44. | ISHARES IBOXX $ INVT GRADE CORP BOND (LQD) | C | Dividend | M | T | Buy (add'l) | 03/08/17 | J | | |
| 45. | | | | | | Buy (add'l) | 03/31/17 | J | | |
| 46. | | | | | | Buy (add'l) | 07/12/17 | J | | |
| 47. | | | | | | Buy (add'l) | 10/11/17 | J | | |
| 48. | ISHARES CORE HIGH DIVIDEND ETF (HDV) | D | Dividend | M | T | Buy (add'l) | 03/31/17 | J | | |
| 49. | | | | | | Buy (add'l) | 06/26/17 | K | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. | | | | | | Buy (add'l) | 10/11/17 | J | | |
| 51. | Ishares Select Divid Index FD (DVY) | C | Dividend | M | T | | | | | |
| 52. | ISHARES S&P 100 (OEF) | B | Dividend | M | T | | | | | |
| 53. | ISHARES TRUST SHS ISHARE EAFE MINIMUM VOL (EFAV) | D | Dividend | N | T | Buy (add'l) | 06/26/17 | K | | |
| 54. | | | | | | Buy (add'l) | 07/12/17 | J | | |
| 55. | | | | | | Buy (add'l) | 07/17/17 | L | | |
| 56. | LORD ABBETT BOND DEBENTURE FD CL F (LBDFX) | D | Dividend | M | T | | | | | |
| 57. | JP MORGAN GLOBAL BOND OPPORTUNITIES FUND (GBOSX) | C | Dividend | M | T | | | | | |
| 58. | JP Morgan Income Builder Fund CL Select (JNBSX) | C | Dividend | M | T | | | | | |
| 59. | PIMCO INVESTMENT GRADE CORPORATE BOND FD CL P (PBDPX) | C | Dividend | M | T | | | | | |
| 60. | PIMCO INCOME FUND CL P (PONPX) | D | Dividend | O | T | Buy (add'l) | 03/20/17 | L | | |
| 61. | | | | | | Buy (add'l) | 03/31/17 | L | | |
| 62. | PIMCO FOREIGN BOND FD (USD HEDGED) CL P (PFBPX) | A | Dividend | | T | Sold | 03/20/17 | L | A | |
| 63. | VANGUARD VALUE ETF (VTV) | D | Dividend | N | T | | | | | |
| 64. | Thornburg Limited Term Municipal Fund CL I (LTMIX) | B | Dividend | L | T | | | | | |
| 65. | Blackrock Eqty Dividend Fund Instl (MADVX) | A | Dividend | | T | Sold | 07/17/17 | M | E | |
| 66. | AMERICAN CENTURY MID CAP VALUE FD INV CL (ACMVX) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. American Century Inflation ADJ BD INV (ACITX) | A | Dividend | K | T | | | | | |
| 68. AMERICAN CENTURY HIGH YIELD MUNI INV (ABHYX) | A | Dividend | K | T | Buy | 12/08/17 | K | | |
| 69. BAIRD AGGREGATE BOND INST (BAGIX) | D | Dividend | M | T | Buy (add'l) | 02/17/17 | M | | |
| 70. BAIRD CORE PLUS BD INST (BCOIX) | C | Dividend | M | T | Buy | 02/17/17 | L | | |
| 71. | | | | | Buy (add'l) | 11/02/17 | K | | |
| 72. BARON EMRG MKTS FD RETAIL (BEXFX) | A | Dividend | K | T | | | | | |
| 73. BARON SMALL CAP FUND (BSCFX) | D | Dividend | L | T | | | | | |
| 74. BROWN ADVISORY GROWTH EQUITY INST (BIAGX) | D | Dividend | M | T | | | | | |
| 75. COLUMBIA CONTRARIAN CORE FD CL Z (SMGSZ) | C | Dividend | L | T | | | | | |
| 76. FEDERATED SHORT INTERMEDIATE DURATION MUNI TR INST (FSHIX) | B | Dividend | M | T | Buy (add'l) | 11/02/17 | K | | |
| 77. FMI INTL FD (FMIJX) | B | Dividend | L | T | | | | | |
| 78. FEDERATED TOTAL RETURN BOND FD INST CL (FTRBX) | C | Dividend | M | T | Buy (add'l) | 02/17/17 | L | | |
| 79. FIDELITY CONTRA FUND (FCNTX) | D | Dividend | M | T | | | | | |
| 80. FRANKLIN GROWTH FUND ADV CL (FCGAX) | C | Dividend | M | T | | | | | |
| 81. Franklin Rising Dividends FD (FRDAX) | C | Dividend | L | T | | | | | |
| 82. GUGGENHEIM BULTSH 2020 CORP BOND ETF (BSCK) | A | Dividend | J | T | | | | | |
| 83. HARBOR INTERNATIONAL FUND INST CL (HAINX) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. | ISHARES TRUST JP MORGAN USD EMERGING MARKETS ETF (EMB) | B | Dividend | J | T | Buy (add'l) | 07/12/17 | J | | |
| 85. | | | | | | Sold (part) | 11/02/17 | J | A | |
| 86. | | | | | | Sold (part) | 11/30/17 | J | A | |
| 87. | ISHARES 20+ TREASURY BOND ETF (TLT) | A | Dividend | J | T | | | | | |
| 88. | ISHARES COMMODITIES SELECT STRATEGY ETF (COMT) | A | Dividend | J | T | Buy | 04/05/17 | J | | |
| 89. | | | | | | Buy (add'l) | 10/15/17 | J | | |
| 90. | ISHARES CURRENCY HEDGED MSCI GERMANY ETF (HEWG) | A | Dividend | J | T | Buy | 04/05/17 | J | | |
| 91. | | | | | | Buy (add'l) | 05/03/17 | J | | |
| 92. | | | | | | Buy (add'l) | 07/12/17 | J | | |
| 93. | | | | | | Sold (part) | 09/07/17 | J | A | |
| 94. | ISHARES MSCI JAPAN ETF NEW (EWJ) | A | Dividend | J | T | Buy | 11/02/17 | J | | |
| 95. | ISHARES MSCI UTD KINGDOM ETF NEW (EWU) | A | Dividend | | T | Buy | 01/12/17 | J | | |
| 96. | | | | | | Sold | 05/03/17 | J | A | |
| 97. | ISHARES MSCI EAFE SMALL CAP ETF (SCZ) | C | Dividend | M | T | | | | | |
| 98. | ISHARES S&P U S PFD FUND S&P U S PFD STK INDEX FD (PFF) | B | Dividend | K | T | | | | | |
| 99. | ISHARES Core Total U.S. Bond Mkt ETF(AGG) | B | Dividend | L | T | | | | | |
| 100. | ISHARES TR BOND 1-3 YEAR CREDIT BOND ETF (CSJ) | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. ISHARES GOLD TRUST (IAU) | A | Dividend | J | T | Sold (part) | 05/03/17 | J | A | |
| 102. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 103. | | | | | Sold (part) | 10/05/17 | J | A | |
| 104. ISHARES MSCI HONG KONG INDEX FUND (EWH) | A | Dividend | | T | Sold | 01/12/17 | J | A | |
| 105. ISHARES TR BARCLAYS 7-10 YR TREAS.BOND FD (IEF) | A | Dividend | J | T | Buy (add'l) | 07/12/17 | J | | |
| 106. | | | | | Sold (part) | 09/07/17 | K | A | |
| 107. | | | | | Buy (add'l) | 11/30/17 | J | | |
| 108. ISHARES (TR BARCLAYS) TIPS BOND FUND (TIP) | A | Dividend | K | T | Buy (add'l) | 06/06/17 | J | | |
| 109. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 110. | | | | | Sold (part) | 10/05/17 | J | A | |
| 111. ISHARES IBOXX HIGH YIELDBOND ETF (HYG) | A | Dividend | J | T | Sold (part) | 02/07/17 | K | A | |
| 112. | | | | | Sold (part) | 04/05/17 | J | A | |
| 113. | | | | | Sold (part) | 06/06/17 | J | A | |
| 114. ISHARES CORE MSCI EAFE ETF (IEFA) | A | Dividend | K | T | | | | | |
| 115. ISHARES CORE MSCI EMERGING ETF (IEMG) | B | Dividend | L | T | Buy (add'l) | 07/17/17 | L | | |
| 116. ISHARES TR RUSSELL 2000 RUSSELL 2000 INDEX FUND (IWM) | A | Dividend | J | T | Sold (part) | 04/05/17 | K | C | |
| 117. | | | | | Sold (part) | 06/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 118. LORD ABBETT SHORT DUR INCOME FD CL A (LALDX) | C | Dividend | M | T | Sold (part) | 11/02/17 | J | A | |
| 119. METROPOLITAN WEST TOTAL RETURN BOND I (MWTIX) | C | Dividend | M | T | Buy | 02/17/17 | M | | |
| 120. METROPOLITAN WEST TOTAL RETURN BOND M (MWTRX) | A | Dividend | | T | Sold | 02/17/17 | L | A | |
| 121. OAKMARK INT'L FUND (OAKIX) | A | Dividend | | T | Sold | 02/06/17 | M | | |
| 122. OAKMARK EQUITY & INCOME FD ADV (OAYBX) | D | Dividend | M | T | Buy | 07/20/17 | M | | |
| 123. OAKMARK INTL FD ADV (OAYIX) | C | Dividend | M | T | Buy | 02/16/17 | M | | |
| 124. OPPENHEIMER INTL SMALL COMPANY FD CL A (OSMAX) | A | Dividend | K | T | | | | | |
| 125. OPPENHEIMER DEVELOPING MKTS FD CL Y (ODVYX) | A | Dividend | L | T | | | | | |
| 126. PARNASSUS CORE EQTY FD INST (PRILX) | D | Dividend | M | T | Buy | 10/19/17 | M | | |
| 127. PIMCO ENHANCED SHORT MATURITY ACTIVE ETF (MINT) | A | Dividend | J | T | Buy (add'l) | 02/07/17 | J | | |
| 128. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 129. | | | | | Sold (part) | 06/06/17 | J | A | |
| 130. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 131. | | | | | Sold (part) | 11/02/17 | J | A | |
| 132. PIMCO FOREIGN BOND FUND CLASS D (PFODX) | A | Dividend | K | T | | | | | |
| 133. POWERSHARES VARIABLE RATE PRF ETF (VRP) | A | Dividend | J | T | Buy | 06/06/17 | J | | |
| 134. POWERSHARES S&P ETF 500 LOW VOLATILITY (SPLV) | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. POWERSHS QQQ TRUST SER 1 (QQQ) | A | Dividend | K | T | Buy (add'l) | 04/05/17 | J | | |
| 136. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 137. | | | | | Sold (part) | 11/02/17 | J | C | |
| 138. T ROWE PRICE TAX FREE SHORT INTERM INV (PRFSX) | A | Dividend | K | T | Buy | 12/08/17 | K | | |
| 139. SCHWAB FUNDAMENTAL INTL LARGE COMPANY ETF (FNDF) | A | Dividend | K | T | | | | | |
| 140. SCHWAB FUNDAMENTAL INTL SMALL COMPANY ETF (FNDC) | A | Dividend | K | T | Buy (add'l) | 12/08/17 | J | | |
| 141. SCHWAB US DIVIDEND EQUITY ETF (SCHD) | A | Dividend | J | T | | | | | |
| 142. SCHWAB US LARGE CAP GROWTH ETF (SCHG) | A | Dividend | J | T | | | | | |
| 143. SENTINEL SMALL COMPANY I (SIGWX) | C | Dividend | | T | Sold | 11/02/17 | K | A | |
| 144. SELECT SECTOR HEALTH CARE SPDR ETF (XLV) | A | Dividend | J | T | Buy | 11/02/17 | J | | |
| 145. SPDR BLOOMBERG BARCLAYS SHORT TERM HIGH ETF (SJNK) | B | Dividend | K | T | | | | | |
| 146. SPDR GOLD SHARES ETF (GLD) | A | Dividend | K | T | Buy | 07/12/17 | K | | |
| 147. S P D R S&P 500 ETF (SPY) | A | Dividend | K | T | | | | | |
| 148. SPDR S&P Dividend ETF (SDY) | C | Dividend | L | T | | | | | |
| 149. Parnassus Core Equity Income Fund Investor SH (PRBLX) | A | Dividend | | T | Sold | 10/19/17 | M | | |
| 150. Schwab S&P 500 Index FD (SWPPX) | C | Dividend | M | T | | | | | |
| 151. TCW TOTAL RETURN BOND FUND I CLASS (TGLMX) | C | Dividend | L | T | Sold (part) | 11/02/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. USAA TAX EXEMPT INTERM TERM FUND (USATX) | C | Dividend | M | T | | | | | |
| 153. Vanguard Growth ETF (VUG) | D | Dividend | O | T | | | | | |
| 154. VANGUARD EQUITY INCOME FD ADMIRAL SHS (VEIRX) | A | Dividend | K | T | | | | | |
| 155. VANGUARD INTERMEDIATE TERM CORE ETF (VCIT) | A | Dividend | L | T | Buy (add'l) | 07/12/17 | J | | |
| 156. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 157. | | | | | Buy (add'l) | 09/07/17 | K | | |
| 158. VANGUARD INTL EQTY ETF GLOBAL EX-US REAL ESTATE (VNQI) | B | Dividend | L | T | Sold (part) | 01/02/17 | J | A | |
| 159. VANGUARD REIT (VNQ) | C | Dividend | L | T | | | | | |
| 160. VANGUARD SMALL CAP VALUE (VBR) | A | Dividend | K | T | | | | | |
| 161. VANGUARD WHITEHALL FUNDS HIGH DIVIDEND YIELD (VYM) | B | Dividend | L | T | | | | | |
| 162. VANGUARD BOND INDEX FUNDTOTAL BOND MARKET ETF (BND) | A | Dividend | | T | Sold (part) | 05/03/17 | J | A | |
| 163. | | | | | Sold | 06/07/17 | J | A | |
| 164. VANGUARD DIVIDEND APPRECIATION ETF (VIG) | A | Dividend | K | T | Sold (part) | 01/12/17 | J | A | |
| 165. | | | | | Sold (part) | 03/08/17 | J | A | |
| 166. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 167. VANGUARD FTSE Developed Markets ETF (VEA) | B | Dividend | L | T | Buy (add'l) | 01/12/17 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 168. | | | | | Buy (add'l) | 02/07/17 | J | | |
| 169. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 170. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 171. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 172. | | | | | Sold (part) | 10/05/17 | J | A | |
| 173. | | | | | Buy (add'l) | 11/02/17 | K | | |
| 174. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | B | Dividend | L | T | Buy (add'l) | 07/12/17 | J | | |
| 175. | | | | | Buy (add'l) | 10/05/17 | J | | |
| 176. | | | | | Buy (add'l) | 11/30/17 | J | | |
| 177. VANGUARD FTSE EUROPE ETF (VGK) | A | Dividend | J | T | Buy | 06/06/17 | K | | |
| 178. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 179. | | | | | Sold (part) | 08/03/17 | J | A | |
| 180. VANGUARD TOTAL STOCK MKT ETF (VTI) | A | Dividend | K | T | Buy (add'l) | 02/07/17 | J | | |
| 181. | | | | | Sold (part) | 06/06/17 | J | B | |
| 182. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 183. | | | | | Sold (part) | 08/03/17 | J | C | |
| 184. | | | | | Buy (add'l) | 10/05/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 185. | | | | | Sold (part) | 11/02/17 | J | C | |
| 186. VANGUARD RUSSELL 2000 ETF IV (VTWO) | A | Dividend | L | T | | | | | |
| 187. WESTERN ASSET CORE PLUS BD FD I (WACPX) | C | Dividend | M | T | Sold (part) | 11/02/17 | K | A | |
| 188. WISDOMTREE DIVIDEND EX FINANCIALS FUND (DTN) | B | Dividend | K | T | | | | | |
| 189. ABBVIE INC 2%18 DUE 11/06/18 | A | Interest | K | T | | | | | |
| 190. AMAZON COM INC 2.6%19 DUE 12/05/19 | A | Interest | K | T | | | | | |
| 191. GOLDMAN SACHS BK US 2%20 CD DUE 4/22/20 | A | Interest | K | T | | | | | |
| 192. SIMON PPTY GRP 4.125%21 DUE 12/01/21 | B | Interest | K | T | | | | | |
| 193. STATE BK INDIA CD DUE 06/22/17 | A | Interest | | T | Matured | 06/22/17 | L | A | |
| 194. CHARLESTON CO SC EDL EXCE 5%23REV DUE 12/01/23 | B | Interest | K | T | | | | | |
| 195. DALLAS FORT WORTH REV DUE 11/01/22 | A | Interest | K | T | | | | | |
| 196. FORSYTH CNTY GA SD 5%20GO UTX DUE 02/01/20 | B | Interest | K | T | | | | | |
| 197. GEORGIA ST 5%20GO LTX DUE 09/01/20 | B | Interest | K | T | | | | | |
| 198. HAWAII, STATE OF 5%28 VP DUE 05/01/28 | A | Interest | K | T | Buy | 07/07/17 | K | | |
| 199. HOUSTON TEX INDPT 5%23GO LTX DUE 02/15/23 | B | Interest | K | T | | | | | |
| 200. IN FIN AUTH HLTH SY 5%27 HOSP HLTH DUE 11/01/27 XTRO | A | Interest | L | T | Buy | 12/19/17 | L | | |
| 201. JEA FLA Wtr & Swr 5% 21 REV DUE 10/01/21 | A | Interest | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 202. KY ST TPK AUTH 5%26 ROAD TRAN DUE 07/01/26 | A | Interest | L | T | Buy | 08/02/17 | L | | |
| 203. LOS ANGELES CALIF GO U/LTX DUE 07/01/17 | A | Interest | | T | Matured | 07/03/17 | K | A | |
| 204. MA ST WTR POLL ABAT 5%25AUTH POOL DUE 08/01/25 | B | Interest | K | T | | | | | |
| 205. MET T AUTH NY REV 5%26 TRAN COMB DUE 11/15/26 | B | Interest | K | T | | | | | |
| 206. Minnesota PUB FACS 5% 20 REV DUE 03/01/20 | A | Interest | K | T | | | | | |
| 207. Minnesota ST 4% 18GO UTX DUE 08/01/18 | A | Interest | K | T | | | | | |
| 208. NC ST LTD OBG REV 5% 5/1/2025 | B | Interest | L | T | | | | | |
| 209. New Jersey Turnpike NJ REV 5% 1/1/25 | B | Interest | K | T | | | | | |
| 210. NEW YORK N Y CITY 5%17REV DUE 06/15/17 | A | Interest | | T | Matured | 06/15/17 | K | A | |
| 211. PENNSYLVANIA ST 5%20GO UTX DUE 07/01/20 | B | Interest | K | T | | | | | |
| 212. PORT SEATTLE WA 5%28 PA TRAN DUE 05/01/28 | A | Interest | K | T | Buy | 07/27/17 | K | | |
| 213. SAN FRANCISCO CALIF GO U/LTX SCH IMPT DUE 06/15/24 | A | Interest | K | T | | | | | |
| 214. Texas ST 5% 19GO DUE 10/01/19 | A | Interest | K | T | | | | | |
| 215. Univ Cincinnati OH REV 5% 6/1/23 | B | Interest | L | T | | | | | |
| 216. VIRGINIA COLLEGE BL 5%26 FAC EDUC DUE 02/01/26 | A | Interest | L | T | Buy | 12/13/17 | L | | |
| 217. VIRGINIA ST PUB SCH 5%17GO DUE 08/01/17 | A | Interest | | T | Matured | 08/01/17 | K | A | |
| 218. WASHINGTON ST FOR 5%19GO UTX DUE 07/01/19 (see Part VIII) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. WISCONSIN ST TRANSN 5%24REV DUE 07/01/24 | B | Interest | K | T | | | | | |
| 220. SCH MUNI MONEY FUND SWEEP SHARES (SWXXX) | A | Dividend | K | T | | | | | |
| 221. King & Spalding LLP Cash Balance Plan | A | Dividend | | T | Closed | 01/26/17 | K | A | |
| 222. Allianz GI FIXED INCOME SHARES SERIES C (FXICX) | A | Dividend | | T | Sold | 02/06/17 | L | A | |
| 223. Allianz GI FIXED INCOME SHARES SERIES M (FXIMX) | A | Dividend | | T | Sold | 02/06/17 | M | A | |
| 224. FHLMC Q02173 4.5% 41 DUE 07/01/41 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 225. FHLMC G07961 3.5%45 DUE 03/01/45 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 226. FHLMC G08623 3.5%45 DUE 01/01/45 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 227. FHLMC G08659 3.5%45 DUE 08/01/45 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 228. FHLMC G08669 4%45 DUE 09/01/45 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 229. FHLMC C09071 4%45 DUE 02/01/45 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 230. FHLMC V81760 4%45 DUE 05/01/45 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 231. FHLMC G08682 4%45 DUE 12/01/45 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 232. FHLMC G08726 3%46 DUE 10/01/46 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 233. FHLMC Q25332 4.5%44 DUE 03/01/44 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 234. FANNIE MAE 1.875%26 DUE 09/24/26 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 235. FANNIE MAE 2.625%24 DUE 09/06/24 | A | Interest | | T | Sold | 02/07/17 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 236. FNMA PL 190404 4.5% 40 DUE 05/01/40 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 237. FNMA PL AH6231 4.5% 41 Due 3/01/41 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 238. FNMA PL AV4892 4.5% 43 Due 12/01/43 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 239. FNMA PL AV9316 4.5% 44 Due 3/01/44 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 240. FNMA PL 310104 5.5%37 DUE 08/01/37 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 241. FNMA PL 310151 5.5%34 DUE 11/01/34 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 242. FNMA PL AL5213 4.5%44 DUE 04/01/44 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 243. FNMA PL AL6745 4%44 DUE 08/01/44 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 244. FNMA PL AS0907 3.5%28 DUE 11/01/28 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 245. FNMA PL AS4168 4%44 DUE 12/01/44 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 246. FNMA PL AS4783 3.5%45 DUE 04/01/45 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 247. FNMA PL AS5629 3.5%45 DUE 08/01/45 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 248. FNMA PL AS6408 3.5%46 DUE 1/01/46 | A | Interest | | T | Buy | 01/11/17 | J | | |
| 249. | | | | | Sold | 02/07/17 | J | A | |
| 250. FNMA PL AS6520 3.5%46 DUE 01/01/46 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 251. FNMA PL AV6368 3.5%29 DUE 01/01/29 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 252. FNMA PL AW3616 4%44 DUE 06/01/44 | A | Interest | | T | Sold | 02/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 253. FNMA PL AW8992 4.5%44 DUE 07/01/44 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 254. FNMA PL AX3008 4%44 DUE 10/01/44 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 255. FNMA PL AX3195 4%44 DUE 09/01/44 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 256. FNMA PL AX7296 4.5%44 DUE 12/01/44 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 257. FNMA PL AX7732 3.5%45 DUE 03/01/45 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 258. FNMA PL AB3387 4%41 DUE 08/01/41 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 259. FNMA PL BA2889 4%45 DUE 11/01/45 | A | Interest | | T | Buy | 01/11/17 | J | | |
| 260. | | | | | Sold | 02/07/17 | J | A | |
| 261. US TREASURY 2%11/21 BOND DUE 11/15/21 | A | Interest | | T | Sold | 02/07/17 | K | A | |
| 262. US TREASURY 3.125%08/44 BOND DUE 08/15/44 | A | Interest | | T | Sold | 02/07/17 | J | A | |
| 263. UST INFL IDX 2.5% 01/29 DUE 01/15/29 | A | Interest | | T | Sold | 01/26/17 | J | A | |
| 264. US TREASURY 2.875% 11/46 BOND DUE 11/15/46 | A | Interest | | T | Buy | 01/30/17 | J | | |
| 265. | | | | | Sold | 02/07/17 | J | A | |
| 266. Trust #2 | | | | | | | | | |
| 267. - Wells Fargo cash acc't | A | Interest | K | T | | | | | |
| 268. - Cornerstone Bank cash acc't | B | Interest | M | T | | | | | |
| 269. - Coca-Cola common stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 270. - Fidelity Bank cash acc't | B | Interest | N | T | | | | | |
| 271. - SunTrust Bank cash acc't | A | Interest | M | T | | | | | |
| 272. Estate #1 (X) | | | | | | | | | |
| 273. - Associated Credit Union cash acct | A | Interest | | T | Closed | 11/14/17 | K | A | |
| 274. - Atlanta Postal Credit Union cash acct | A | Interest | | T | Closed | 12/26/17 | J | A | |
| 275. - Wells Fargo cash accts | A | Interest | M | T | | | | | |
| 276. - MetLife, Inc. common stock | A | Dividend | J | T | | | | | |
| 277. - Brighthouse Financial, Inc. common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/8/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, line 218:  Line 194 of the 2016 Report incorrectly indicated that this bond had been redeemed.

2) Part VII, line 272:  Filer was appointed executor on 10/19/17.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julie E. Carnes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544